AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

GREGORY LANGLEY, et al.,
*Plaintiff*
v.
NETJETS AVIATION, INC.,
*Defendant*

Civil Action No. 2:25-cv-209

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: Pursuant to the Opinion and Order filed 12/5/2025 the Court overrules (ECF No. 83) Plaintiffs' Objection to the Magistrate Judge's July 24, 2025 Order Denying Plaintiffs Leave to Amend Their Complaint; grants (ECF No. 50) Defendant NetJets Aviation Inc.'s Motion to Dismiss Plaintiffs' Second Amended Complaint. Plaintiffs' Second Amended Complaint is DISMISSED with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

Date: 12/05/2025

CLERK OF COURT

_Christie M. Werr_
Signature of Clerk or Deputy Clerk